**No. 48646.**—Protests 950320–G, etc., of Raymond Cepollaro et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146. The protests were therefore sustained.

**No. 48647.**—Protests 34672–K, etc., of Santo Alioto & Sons et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146. The protests were therefore sustained.

BEFORE THE FIRST DIVISION, AUGUST 9, 1943

**No. 48648.**—Protest 20429–K of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and following Abstract 40185 the horns in question were held dutiable at 45 percent under paragraph 397 as claimed.

**No. 48649.**—Protest 87225–K of Ozalid Corporation (New York).

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the sensitizing preparations and developer for photoprint paper passed upon in *Ozalid Corporation* v. *United States* (T. D. 48969), and further that the merchandise is a mixture as provided for in subsection (a) (4) of paragraph 27, consisting in whole or in part of products enumerated under said paragraph 27, it was held dutiable at 40 percent ad valorem and 7 cents per pound under paragraph 27 as claimed.

BEFORE THE SECOND DIVISION, AUGUST 9, 1943

**No. 48650.**—Protests 20425–K, etc., of New York Merchandise Co., Inc. (New York).

Opinion by LAWRENCE, J. As it appeared of record that these shells are similar to those the subject of *New York Merchandise Co., Inc.* v. *United States* (8 Cust. Ct. 209, C. D. 607), the claim at 35 percent under paragrah 353 was sustained.